# UNITED STATES DISTRICT COURT
## District of Kansas

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

        v.

**ANDREW MICHAEL ASH,**
aka **ANDREW STEVENS,**

        **Defendant.**

**FILED UNDER SEAL**

**CASE NO. 6:19-cr-10136-EFM**

# INDICTMENT

**THE GRAND JURY CHARGES:**

## COUNT 1

### Failure to Register/Failure to Update a Registration
### 18 U.S.C. § 2250

Sometime after July 31, 2017, and continuing to October 9, 2019, in the District of Kansas, the defendant,

**ANDREW MICHAEL ASH,**
**aka ANDREW STEVENS,**

a person required to register under the Sex Offender Registration and Notification Act, traveled in interstate commerce and knowingly failed to register and update a registration as required by the Sex Offender Registration and Notification Act, in violation of 18 U.S.C. § 2250(a).

**A TRUE BILL.**

October 9, 2019　　　　　　　　　　/s/ Foreperson
DATE　　　　　　　　　　　　　　FOREPERSON OF THE GRAND JURY

/s/Stephen R. McAllister
STEPHEN R. McALLISTER
United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Ks. S. Ct. No. 15845
Stephen.McAllister@usdoj.gov

> It is requested that trial be held in
> **WICHITA, Kansas**