Prob Amended 12C (12/04)
(D/KS 04/22)

PACTS# 6569713

# United States District Court
## for the
## District of Kansas

## Amended Petition for Warrant or Summons for Offender under Supervision

Name of Offender:  **Andrew Michael Ash**              Case Number:  **1083 6:19CR10136-001**

Sentencing Judicial Officer:  Honorable John W. Broomes, U.S. District Judge

Date of Original Sentence:  04/14/2021

Original Offense:   Failure to Register and Update a Sex Offender Registration

Original Sentence:  36 Months Prison, 60 Months Supervised Release

Type of Supervision: TSR                              Date Supervision Commenced:  05/27/2022
Asst. U.S. Attorney:  Jason W. Hart                   Defense Attorney:  Mitch E. Biebighauser

## PETITIONING THE COURT

☒ To issue a warrant
☐ To issue a summons

The probation officer believes the defendant has violated the following condition(s) of supervision:

| Violation Number | Nature of Non-Compliance |
|---|---|
| 1 | **Mandatory Condition #2:  You must not unlawfully possess a controlled substance.** |
| | The defendant possessed marijuana, a felony punishable by a term of imprisonment exceeding one year, as evidenced by the positive drug test(s) submitted for this substance on 6/16/2022, in violation of 21 U.S.C. § 844 after having a prior drug conviction in Montgomery Co., OH Juvenile Court, Case No.:  2003-JC-12092. |
| 2 | **Mandatory Condition #3:  You must refrain from any unlawful use of a controlled substance.** |
| | On 6/16/2022, the defendant submitted a urine sample that confirmed positive for marijuana. |
| | *For the purposes of applying the provisions of 18 U.S.C. §§ 3565(b)(4) or 3583(g)(4) (mandatory revocation for submitting more than three (3) positive drug tests in a 12-month period),* **the defendant has submitted 1 positive qualifying sample(s).** *If the Court finds that the positive drug test(s) constitutes possession of a controlled substance the Court is required to revoke supervision and impose a sentence that includes a term of imprisonment. 18 U.S.C. §§ 3565(b), 3583(g).  The Court shall* |

Prob Amended 12C                             -2-
*Name of Offender:  Andrew Michael Ash*                    *Case Number:  1083 6:19CR10136-001*

> *also consider whether the availability of appropriate substance abuse programs, or the offender's current or past participation in such programs, warrants an exception from the requirement of mandatory revocation and imprisonment under 18 U.S.C. §§ 3565(b), 3583(g).  18 U.S.C. §§ 3563(a), 3583(d).  U.S. v Hammonds, 370 F.3d 1032 (10th Cir. 2004).*

3   **Special Condition #4:  You must successfully participate in and successfully complete an approved program for substance abuse, which may include urine, breath, or sweat patch testing, and/or outpatient treatment, and share in the costs, based on the ability to pay, as directed by the Probation Office. You must abstain from the use and possession of alcohol and other intoxicants during the term of supervision.**

   On 9/7/2022, the defendant failed to submit to drug testing as directed.

4   **Special Condition:  You must reside in a residential reentry center for a term of up to 180 days, in the prerelease component, and allowing for work release. You must comply with the policies and procedures of the residential reentry center.**

   On 9/21/2022, the defendant was unsuccessfully terminated as a program failure from the Correctional Solutions Group Residential Re-entry Center (RRC).

5   **Special Condition: The defendant shall reside at Firm Foundations Ministries Program and follow the rules and regulations of the program.**

   On 11/27/2022, the defendant was evicted from his residence/ placement at Firm Foundations Ministries.

6   **Standard Condition #5:  You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.**

   On 11/27/2022, the defendant was evicted from his residence/ placement at Firm Foundations Ministries.  The defendant has not contacted the probation officer to report his change of address and his current whereabouts are unknown.

Prob Amended 12C                              -3-
*Name of Offender: Andrew Michael Ash*                              *Case Number: 1083 6:19CR10136-001*

<u>U.S. Probation Officer Recommendation:</u>  The defendant appeared in Court for a revocation hearing on 11/15/2022.  The defendant requested placement at Firm Foundations Ministries as an alternative to revocation.  The Court granted the defendant's request and continued final disposition until 3/16/2023.  On 11/27/2022, the defendant was evicted from Firm Foundations Ministries.  The defendant has not contacted the probation officer to report his change of address and his current whereabouts are unknown.

The term of supervision should be:

☒ Revoked
☐ Extended for  years, for a total term of  years.

☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.
Executed on: 12/02/2022

by  *Jason H. Jordan*

Approved:                                              Jason H. Jordan
                                                       Sr. U.S. Probation Officer

Bryce J. Beckett, SUSPO

*Please indicate the Court response below and return to the U.S. Probation Officer*

☐ No Action
☒ The Issuance of a Warrant.  Docket Entry, Petition, and Warrant sealed and not to be distributed to counsel of record.  Docket Entry, Petition, and Warrant unsealed upon arrest.
☐ The Issuance of a Summons
☐ Other:

s/ John W. Broomes
Signature of Judicial Officer

December 2, 2022
Date